IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>               Plaintiff,<br>   v.<br>C. G. & E.<br>Vic's Tire Service<br>Columbus Equipment<br>Creative Financial<br>3-D/Coastal Oil<br>Igloo Products Corp.<br>Nationswide Rental<br>Buckeye Tire & Service<br>EMC Corp.<br>Stewart & Stevenson<br>World Wide Welding<br>Don's Tire Service<br>Interstate Battery<br>Truck Lease Corp.<br><br>               Defendants. | Civil Actions Numbers:<br><br>04-802<br>04-804<br>04-998<br>04-1021<br>04-1033<br>04-1042<br>04-1069<br>04-1072<br>04-1090<br>04-1101<br>04-1103<br>04-1106<br>04-1182<br>04-1198 |

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

652916-1

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS: 
NEW CASTLE COUNTY §

*Michelle M. Dero*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned action, and that on the 26th day of February, 2007, she caused a copy of the **Order Regarding March 19, 2007 Teleconference** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to the remaining parties.

_____
Michelle M. Dero

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: February 27, 2007

_____
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010

652916-1

# NATIONSRENT

## Service List

Eric French, Esquire
139 East Fourth Street
25 Atrium II
Cincinnati   OH   45202
*(C.G. & E.)*

Jeffrey Wasserman, Esquire
Ciconte, Roseman and Wasserman
1300 King Street
Wilmington   DE   19801
*(3-D/Coastal Oil Company)*

Sam O. Simmerman, Esquire
Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
4775 Munson Street, N.W.
P.O. Box 36963
Canton   OH   44735-6963
*(Creative Financial Staffing)*

Nicole Fiori, Esquire
1001 West Sam Houston Parkway NL
P.O. Box 19322
Houston   TX   77224-9322
*(Igloo Products Corp.)*

Attn: Bernard E., Brooks
4800 Sugar Grove Boulevard
Suite 610
Stafford   TX   77477
*(World Wide Welding & Press, Inc.)*

Glenn A. Manochi, Esquire
Lightman, Manochi & Christensen
1520 Locust Street
12th Floor
Philadelphia   PA   19102-4401
*(Truck Lease Corp.)*

Eric W. Beery, Esquire
Beery & Spurlock Co., LPA
275 East State Street
Columbus   OH   43215
*(Buckeye Tire & Service)*

Victor Almaguer
Vic's Tire Service
1712 East Riverside
Austin   TX   78741

Leonard C. Ruby
Interstate Battery Systems of America, Inc.
12770 Merit Drive
Suite 400
Dallas   TX   75251

Attn: Susan, Kostenski
Nationswide Equipment Rentals
11950 New Kings Road
Jacksonville   FL   32219

Attn: Edward, Kostenski
Nationswide Equipment Rentals
11950 New Kings Road
Jacksonville   FL   32219

Corporation Service Company
Stewart & Stevenson Employee Services, Inc.
400 Technology Parkway South, #300
Norcross   GA   30092

EMC Corporation
8770 West Bryn Mawr Avenue
Chicago   IL   60631