## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 28th day of February, 2007, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Nationswide Equipment Rentals*
Attn:   Edward Kostenski
11950 New Kings Road
Jacksonville, FL 32219

*Nationswide Equipment Rentals*
Attn:   Susan Kostenski
11950 New Kings Road
Jacksonville, FL 32219

_____
Mary E. Augustine (No. 4477)